CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
December 30, 2024
LAURA A. AUSTIN, CLERK
BY: s/A. Beeson
  DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| **JOSEPH KETCHUM,** | )<br>) |
| Plaintiff, | ) Case No. 7:24CV00419<br>) |
| v. | )<br>) |
| **C. LARGE,** | )<br>) |
| Defendant. | )<br>)<br>) |
| **JOSEPH KETCHUM** | )<br>) |
| Plaintiff, | ) Case No. 7:24CV00638<br>) |
| v. | )<br>) |
| **DR. CRYSTAL LARGE,** | )<br>) |
| Defendants | )<br>)<br>) |

**OPINION**

Plaintiff, Joseph Ketchum, proceeding pro se, filed the above-referenced civil rights complaints, pursuant to 42 U.S.C. §1983.* In each case, the court entered orders directing Ketchum to file an Amended Complaint that stated facts about what each defendant had done or not done, in violation of his constitutional rights. In the

---

* Ketchum filed his latter claims as part of a multi-plaintiff case that the court severed, No. 7:24CV00441.

Amended Complaints, Ketchum sues the same defendant, Crystal Large, a medical provider at the Southwest Virginia Regional Jail (SWVRJ), and makes the same complaint against her — namely, her refusal to provide him with suboxone as treatment for his history of substance abuse and addiction.  Because the two cases raise nearly identical claims, I will direct that they be consolidated for disposition.

Furthermore, review of the dockets reflects that Ketchum has failed to comply with a court order in both cases.  Specifically, the court's prior orders have advised that the plaintiff's failure to notify the court of his current mailing address would result in dismissal of his claims without prejudice.

By Order entered December 3, 2024, the court directed the Clerk to attempt service of process on the defendant in No. 7:24CV00419.  The copy of that service order that the Clerk mailed to Ketchum, directed to the address that he had provided, was returned as undeliverable, with no forwarding address.  It is self-evident that the court must have a reliable address by which to communicate with the plaintiff about the case.  Accordingly, I will dismiss without prejudice this action as consolidated with No. 7:24CV00638.

An appropriate Final Order will issue herewith.

ENTER: December 30, 2024

/s/ JAMES P. JONES
Senior United States District Judge